Exhibit B

Exhibit B

**From:** Cohen, Kyle (USAFLM)
**To:** Nicole Waid
**Subject:** RE: Advanced Pain
**Date:** Friday, September 29, 2017 3:16:45 PM

Nicole,

I hope all is well with you and that you are getting ready for the nice weekend.

I understand from your prior email that Advanced Pain has agreed to waive its attorney client with respect to the issue of whether Dr. Daitch and Dr. Frey's ownership of Anesthesia Partners potentially violates the federal Anti-Kickback Statute.

Just wanted to check in with you on the status of these documents pursuant to that waiver.

Kyle S. Cohen
Senior Litigation Counsel
Assistant United States Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov

---

**From:** Nicole Waid [mailto:nicole.waid@FisherBroyles.com]
**Sent:** Monday, September 25, 2017 2:22 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Subject:** RE: Advanced Pain

We do. I hope to get you those items this week. I'm waiting to hear back from Bruce and Ryan.

---

**From:** Cohen, Kyle (USAFLM) [mailto:Kyle.Cohen@usdoj.gov]
**Sent:** Monday, September 25, 2017 1:26 PM
**To:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Cc:** Sarah Zimmerman <sarah.zimmerman@FisherBroyles.com>
**Subject:** RE: Advanced Pain

Great. I will get back with you as possible as I can regarding the date.

In addition, last time we spoke you indicated that Advanced Pain would be waiving its attorney client privilege with respect to the issue of whether Dr. Daitch and Dr. Frey's ownership of Anesthesia Partners potentially violates the federal Anti-Kickback Statute. You promised me that you would be sending me documentation reflecting the advice that Advanced Pain received, as well as its emails and communications with counsel, and the information provided to counsel with respect to the legal advice. To date, I have not received any such disclosure. Please let me know as soon as possible if Advanced Pain still intends to invoke the defense and make the disclosures necessary for us to analyze it.

Kyle S. Cohen
Assistant U.S. Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov

---

**From:** Nicole Waid [mailto:nicole.waid@FisherBroyles.com]
**Sent:** Monday, September 25, 2017 1:12 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Cc:** Sarah Zimmerman <sarah.zimmerman@FisherBroyles.com>
**Subject:** RE: Advanced Pain

Hi, Kyle. Dr. Daitch is available October 17th, 19th, 24th or 26th at 1:00 pm. Let me know which date works best for you.
Thanks,
Nicole

**From:** Cohen, Kyle (USAFLM) [mailto:Kyle.Cohen@usdoj.gov]
**Sent:** Monday, September 25, 2017 11:41 AM
**To:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** Advanced Pain

Nicole,

I hope all is well with you. Please give me a call as soon as you can. I plan on sending a letter today scheduling Dr. Daitch's CID deposition unless I hear from you.

Kyle S. Cohen

Assistant U.S. Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email [kyle.cohen@usdoj.gov](mailto:kyle.cohen@usdoj.gov)