Exhibit C

# FISHERBROYLES®
A LIMITED LIABILITY PARTNERSHIP

Nicole H. Waid, Esq.
Partner

2390 Tamiami Trail North
Suite 100
Naples, Florida 34103
Direct: (202)-906-9572

nicole.waid@fisherbroyles.com
www.FisherBroyles.com

**October 20, 2017**

*Via E-Mail*

AUSA Kyle Cohen
USAO – Middle District of Florida
Fort Myers Division
2110 W. First Street, Ste. 3-137
Fort Myers, FL 33901

Re: Advanced Pain Management & Spine Specialists ("Advanced Pain") Civil Investigative Demand 2017-001

Dear AUSA Cohen:

Attached please find additional documents with bates numbers APMS_Priv #00009 – APMS_Priv #00011. We are producing these documents in support of our client's advice of counsel defense pursuant to the very limited waiver of attorney-client privilege regarding the legality of the Anesthesia Partners SWFL business model. Pursuant to discussions with our client and David Vaughn, these emails contain advice provided by David Vaughn solely regarding the legality of the anesthesia business model of Anesthesia Partners of SWFL and compliance of that entity's model with Advisory Opinion 12-06.

Please do not hesitate to contact me with any questions.

Best regards,

Nicole H. Waid, Esq.
Partner