Exhibit 5

| | |
|---|---|
| **From:** | Nicole Waid |
| **To:** | Cohen, Kyle (USAFLM); David Vaughn |
| **Cc:** | Sarah Zimmerman; Brian E. Dickerson |
| **Subject:** | RE: CID |
| **Date:** | Wednesday, May 23, 2018 4:49:00 PM |

I prefer not to commit to a date until I get your response and have had a chance to discuss that response with the client. Once we know the government's position, I will get back to you. Thanks.

Nicole Hughes Waid, Esq.
FISHERBROYLES, A LIMITED LIABILITY PARTNERSHIP
Direct: 202.906.9572 | nicole.waid@fisherbroyles.com | fisherbroyles.com
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS •DALLAS • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SEATTLE • WASHINGTON, D.C.

---

**From:** Cohen, Kyle (USAFLM) [mailto:Kyle.Cohen@usdoj.gov]
**Sent:** Wednesday, May 23, 2018 4:26 PM
**To:** Nicole Waid <nicole.waid@FisherBroyles.com>; David Vaughn <david@lalawfirm.net>
**Cc:** Sarah Zimmerman <sarah.zimmerman@FisherBroyles.com>; Brian E. Dickerson <brian.dickerson@FisherBroyles.com>
**Subject:** RE: CID

Thank you Nicole. I will respond shortly.

In the meantime, which date that was offered (June 5th or June 6th) works best for both of you?


Kyle S. Cohen
Senior Litigation Counsel
Assistant United States Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov


---

**From:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Sent:** Wednesday, May 23, 2018 3:45 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>; David Vaughn <david@lalawfirm.net>
**Cc:** Sarah Zimmerman <sarah.zimmerman@FisherBroyles.com>; Brian E. Dickerson <brian.dickerson@FisherBroyles.com>
**Subject:** RE: CID

Kyle,

The original CID to David is dated September 27, 2017 – almost 8 months ago. As I was reviewing the attached emails, I also realized that we had a disagreement regarding the scope of the waiver and testimony that remains unresolved. Can you please reissue a timely CID with a more defined purpose and scope so we can better understand the testimony you are seeking?

Thanks,

Nicole

Nicole Hughes Waid, Esq.
FISHERBROYLES, A LIMITED LIABILITY PARTNERSHIP
Direct: 202.906.9572 | nicole.waid@fisherbroyles.com | fisherbroyles.com
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS •DALLAS • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SEATTLE • WASHINGTON, D.C.

---

**From:** Cohen, Kyle (USAFLM) [mailto:Kyle.Cohen@usdoj.gov]
**Sent:** Wednesday, May 23, 2018 12:16 PM
**To:** David Vaughn <david@lalawfirm.net>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** RE: CID

I just had that first week in June open up for me. What do you all prefer for June 5th or June 6th?

Kyle S. Cohen
Senior Litigation Counsel
Assistant United States Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov

---

**From:** David Vaughn <david@lalawfirm.net>
**Sent:** Monday, May 21, 2018 2:05 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** Re: CID

$^{th}$              $^{th}$,

I'm leaving to go on vacation the 29th, so I prefer not to do the 28th since I'm already going to be out of the office for 7 days.  Additionally, in talking with Nicole, she indicated that she had nothing in June.  Can you coordinate with her first, so we are all on the same page.

**David Vaughn, Esq., CPC**
**Vaughn & Associates, LLC**
9191 Siegen Lane, Bldg. 8
Baton Rouge, LA 70810
Phone: 225.769.1320
Fax: 225.769.1115

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** "Cohen, Kyle (USAFLM)" <Kyle.Cohen@usdoj.gov>
**Date:** Monday, May 21, 2018 at 12:59 PM
**To:** Me <david@lalawfirm.net>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** RE: CID

I think I will figure out how to make one of those June dates work.  Not the 5th – the 7th though.  I know you gave me the 26-the 27th….Do you happen to have the 28th?

I'll let you know soon.

---

**From:** David Vaughn <david@lalawfirm.net>
**Sent:** Monday, May 21, 2018 1:46 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** Re: CID

Let's see if July will work.   I have July 10-17 and 23-26, and 30-31.

**David Vaughn, Esq., CPC**
**Vaughn & Associates, LLC**
9191 Siegen Lane, Bldg. 8
Baton Rouge, LA 70810
Phone: 225.769.1320
Fax: 225.769.1115

The information contained in this e-mail message is only for the personal and confidential use of the intended

recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** "Cohen, Kyle (USAFLM)" <Kyle.Cohen@usdoj.gov>
**Date:** Monday, May 21, 2018 at 12:35 PM
**To:** Me <david@lalawfirm.net>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** RE: CID

David,

Have any other dates opened for you in June? I am having some trouble making these work, although I think I will be able to if there are no other options. Do you happen to have the 28th?

**From:** David Vaughn <david@lalawfirm.net>
**Sent:** Tuesday, May 15, 2018 3:39 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** Re: CID

Currently, I have open June 5-7; 19-21; 26-27.

**David Vaughn, Esq., CPC**
**Vaughn & Associates, LLC**
9191 Siegen Lane, Bldg. 8
Baton Rouge, LA 70810
Phone: 225.769.1320
Fax: 225.769.1115

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** "Cohen, Kyle (USAFLM)" <Kyle.Cohen@usdoj.gov>
**Date:** Tuesday, May 15, 2018 at 10:38 AM
**To:** Me <david@lalawfirm.net>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** RE: CID

David,

I hope all is well with you. I would like to work on rescheduling your deposition sometime soon.

What's your availability in June?

Kyle S. Cohen
Senior Litigation Counsel
Assistant United States Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov

---

**From:** David Vaughn <david@lalawfirm.net>
**Sent:** Friday, October 20, 2017 11:32 AM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Subject:** Re: CID

I have the date reserved.

Also, as promised, attached is my response to the CID and the documents responsive to the CID.

David M. Vaughn, Esq., CPC
9191 Siegen Lane, Bldg. 8
Baton Rouge, LA 70810
Phone: 225.769.1320
Fax: 225.769.1115

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** "Cohen, Kyle (USAFLM)" <Kyle.Cohen@usdoj.gov>
**Date:** Friday, October 20, 2017 at 9:51 AM
**To:** Me <david@lalawfirm.net>
**Subject:** RE: CID

David,

Please reserve November 13th. We are working on the location.

Kyle S. Cohen
Senior Litigation Counsel
Assistant United States Attorney
Middle District of Florida, Civil Division
2110 First Street,
Suite 3-137
Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov

---

**From:** David Vaughn [mailto:david@lalawfirm.net]
**Sent:** Tuesday, October 17, 2017 12:14 PM
**To:** Cohen, Kyle (USAFLM) <KCohen@usa.doj.gov>
**Subject:** Re: CID

Yes. There will be a few more. Traveling now. Goal is to have CID response emailed to you on Friday.

David M. Vaughn, Esq., CPC
225.769.1320
Sent from my iPhone 6

On Oct 17, 2017, at 10:24 AM, Cohen, Kyle (USAFLM) <Kyle.Cohen@usdoj.gov> wrote:

> David,
>
> I hope all is well with you. I expect to get back with you soon regarding the deposition date. The most likely dates are the 13, 14th, or 15th.
>
> I also just wanted to check in to see if you know at this time whether there are any additional documents that you will be producing documents reflecting communications about legal advice you gave Advanced Pain on this issue?
>
> Kyle S. Cohen
> Senior Litigation Counsel
> Assistant United States Attorney
> Middle District of Florida, Civil Division
> 2110 First Street,
> Suite 3-137

Fort Myers, FL 33901
Phone (239) 461-2200
Email kyle.cohen@usdoj.gov